Report Date: November 8, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Louis Edward Harris     Case Number: 0980 2:12CR00139-RMP-1

Address of Offender:     Lapwai, Idaho 83540

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: June 17, 2013

Original Offense:     Theft from an Indian Tribal Organization under $1,000, 18 U.S.C. § 1163

Original Sentence:     Probation 60 months     Type of Supervision: Probation

Asst. U.S. Attorney:     Caitlin A. Baunsgard     Date Supervision Commenced: June 17, 2013

Defense Attorney:     Colin G. Prince     Date Supervision Expires: June 16, 2018

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On July 29, 2013, Louis Harris signed his judgment for case number 2:12CR00139-RMP-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Harris was made aware by his U.S. probation officer that he must not commit another federal, state, or local crime while on probation. |
| | Louis Harris violated mandatory condition number 2 by being arrested for Driving Without Privileges on March 28, May 7, July 27, July 28, and October 15, 2017. |
| 2 | **Special Condition #5**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, on order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On July 29, 2013, Louis Harris signed his judgment for case number 2:12CR00139-RMP-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Harris was made aware by his U.S. probation officer that he must submit to urinalysis testing as directed to confirm abstinence from illegal controlled substances. |

Louis Harris violated special condition number 18 by failing to report for urine testing on May 17, June 6, September 6, September 14, October 11, and October 16, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/08/2017

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

11/8/2017

Date