PROB 12C
(6/16)

Report Date: April 10, 2018

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 10, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Louis Edward Harris          Case Number: 0980 2:12CR00139-RMP-1

Address of Offender:                                                    Lapwai, Idaho 83540

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: June 17, 2013

Original Offense:        Theft from an Indian Tribal Organization under $1,000, 18 U.S.C. § 1163

Original Sentence:       Probation - 60 months              Type of Supervision: Probation

Asst. U.S. Attorney:     Caitlin A. Baunsgard               Date Supervision Commenced: June 17, 2013

Defense Attorney:        David Fletcher                     Date Supervision Expires: June 16, 2018

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

1                       **Mandatory Condition # 1**: The defendant shall not commit another Federal, state, or local crime.

                        **Supporting Evidence**:  On July 29, 2013, Louis Harris signed his judgment for case number 2:12CR00139-RMP-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Harris was made aware by his U.S. probation officer that he must not commit another federal, state, or local crime while on probation.

                        Louis Harris violated mandatory condition number 1 by being arrested for driving without privileges on March 30, 2018.

                        According to the Lewiston Idaho Police Department report number 18-L4601, Mr. Harris was contacted by police after the vehicle he was driving was traveling the wrong way down a one-way street.

                        The officer spoke with Mr. Harris, who advised the officer he did not have a driver's license. Mr. Harris was transported to the Nez Perce County Jail where he was cited for driving without privileges.

Prob12C
**Re: Harris, Louis Edward**
**April 10, 2018**
**Page 2**

| | | |
|---|---|---|
| 2 | | **Mandatory Condition # 1**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: On July 29, 2013, Louis Harris signed his judgment for case number 2:12CR00139-RMP-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Harris was made aware by his U.S. probation officer that he must not commit another federal, state, or local crime while on probation.

Louis Harris violated mandatory condition number 1 by being arrested for illegally possessing a controlled substance, Alprazolam, on March 30, 2018.

According to the Lewiston Idaho Police Department report number 18-L4601, Mr. Harris was contacted by police after the vehicle he was driving was traveling the wrong way down a one-way street.

The officer spoke with Mr. Harris, who advised the officer he did not have a driver's license. Mr. Harris was asked to exit the vehicle. The officer observed some small blue pills in the seat where Mr. Harris was sitting, along with his wallet and some loose cash. The pills were later identified to be Alprazolam. There were also two small round yellow pills, which were later identified as Clonazepam.

Mr. Harris was transported to the Nez Perce County Jail where he was charged with driving without privileges, as well as possession of prescription pills without a prescription.

Mr. Harris claims to have a valid prescription for both Alprazolam and Clonazepam; however, after speaking with Mr. Harris' U.S. probation officer, it was discovered he only has a prescription for Clonazepam.

3    **Mandatory Condition #2**: The defendant shall not illegally possess a controlled substance.

**Supporting Evidence**: On July 29, 2013, Louis Harris signed his judgment for case number 2:12CR00139-RMP-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Harris was made aware by his U.S. probation officer that he shall not illegally possess a controlled substance.

Louis Harris violated mandatory condition number 2 by illegally possessing a controlled substance, Alprazolam, on March 30, 2018.

According to the Lewiston Idaho Police Department report number 18-L4601, Mr. Harris was contacted by police after the vehicle he was driving was traveling the wrong way down a one-way street.

The officer spoke with the Mr. Harris, who advised the officer he did not have a driver's license. Mr. Harris was asked to exit the vehicle. The officer observed some small blue pills in the seat where Mr. Harris was sitting, along with his wallet and some loose cash. The pills were later identified to be Alprazolam. There were also two small round yellow pills, which were later identified as Clonazepam.

Prob12C
Re: Harris, Louis Edward
April 10, 2018
Page 3

Mr. Harris was transported to the Nez Perce County Jail where he was charged with driving without privileges, as well as possession of prescription pills without a prescription.

Mr. Harris claims to have a valid prescription for both Alprazolam and Clonazepam; however, after speaking with Mr. Harris' U.S. probation officer, it was discovered he only has a prescription for Clonazepam.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  04/10/2018

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

4/10/2018
Date